IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In re:
HIE OF EFFINGHAM, LLC,
Debtor.

ROBERT T. BRUEGGE,
Trustee of the Estate of HIE
of Effingham, LLC,

Appellant/Cross Appellee,

vs.

WBCMT 2007 C 33
MID AMERICA LODGING, LLC,

No. 13-0393-DRH
consolidated with
No. 14-439-DRH
Bk. No. 10-60534
Adv. No. 12-6024

Appellee/Cross Appellant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Opinion of the Court, the decision of the bankruptcy court regarding the mortgage issue is **AFFIRMED** and the decision of the bankruptcy court regarding the Hotel's abandonment **REVERSED**.

   IT IS SO ORDERED.

Signed this 28th day of March, 2014.

Digitally signed
by David R.
Herndon
Date: 2014.03.28
04:18:10 -05'00'

Chief Judge
United States District Court